ERIKA DENECKE, Appellant, v. PROPERTY COLLATERALS, INC., and Another, Defendants, and THE CITY OF NEW YORK, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

In the Matter of the Final Accounting of HUGH M. HEWSON, Deceased Committee of DOMINICK FARINA, an Incompetent Person and an Inmate of the Matteawan State Hospital. JAMES F. DONOHUE, Special Guardian for DOMINICK FARINA, an Incompetent Person, and VETERANS' ADMINISTRATION, Respondents; GEORGE YATES HEWSON, Administrator c. t. a. of the Estate of HUGH M. HEWSON, Deceased Committee, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellants.— Motion for leave to appeal to the Court of Appeals granted. [See 253 App. Div. 510.] Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of the FIFTH AVENUE BANK OF NEW YORK, as Executor of NELLIE V. THOMPSON, Deceased. JOHN THOMPSON and Others, Appellants; FIFTH AVENUE BANK OF NEW YORK, as Executor of NELLIE V. THOMPSON, Deceased, and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion to amend record on appeal and remittitur denied in the exercise of discretion. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

STANLEY LOAYZA, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant. (Appeal No. 2.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

ETTA S. MILLER, Respondent, v. HENRY F. MILLER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Defendant's time to answer extended until five days after entry of the order hereon. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

THERESA O'MEARA, Respondent, v. POSTAL TELEGRAPH-CABLE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 572.] Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

STEPHEN L. PORTER, Respondent, v. NEW PALTZ SAVINGS BANK, Appellant.— Motion for reargument of appeal or for reargument of motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

ROSE REINHARDT, Respondent, v. PHILIP LEHMAN, as Receiver of 436 JERSEY CORP., Appellant.— Motion to resettle order denied. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

LOUISE SPARACINO and Another, Respondents, v. THE FOREIGN MISSION REALTY CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.